1
2
3
4
5
6
7
8                      United States District Court
9                       Eastern District of California
10
11
12  Neil Darrow,
13          Petitioner,                No. Civ. S 04-0762 GEB PAN P
14      vs.                            Order
15  Warden Scribner,
16          Respondent.
17                              -oOo-
18      Respondent moves to supplement the answer based upon <u>Sass v.
19  California Board of Prison Terms</u>, No. Civ. S 01-0835 MCE KJM P,
20  [2005 WL 1406100].  Petitioner opposes.
21      This court is bound to follow contrary Ninth Circuit
22  precedent.  <u>Biggs v. Terhune</u>, 334 F.3d 910 (9th Cir. 2003); <u>See
23  McQuillion v. Duncan</u>, 306 F.3d 895 (9th Cir. 2002).
24  ///
25  ///
26  ///

1  Accordingly, respondent's July 13, 2005, motion is denied.
2  So ordered.
3  Dated: August 30, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge