IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEIL DARROW,

    Petitioner,                    No. CIV S-04-0762 GEB PAN P

    vs.

SCRIBNER, Warden,

    Respondent.                    <u>ORDER</u>

_____/

        Petitioner is a state prisoner without counsel seeking relief pursuant to 28 U.S.C. § 1983.  He challenges the June 6, 2002, decision finding him unsuitable for parole.

        On December 7, 2005, petitioner filed a request for a protective order alleging that on November 29, 2005, a panel of the Board of Prison Terms again found petitioner unsuitable for parole and decided not to consider petitioner's case again for five years.  Petitioner asserts the panel's decision is not supported by the evidence and the panel retaliated against him for requesting the members to take this litigation under consideration and correct their previous decision.

        The November 29, 2005, decision is not included in petitioner's pending application for habeas relief.   Before a federal court can review the November 29, 2005, decision, petitioner must exhaust available state remedies.

1       Accordingly, IT IS HEREBY ORDERED that petitioner's December 7, 2005,
2  request for a protective order is denied.
3  DATED: March 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\darr0762.dny request