# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIL DARROW, | ) | 1:06-cv-00536 OWW-TAG (HC) |
| | ) | |
|       Petitioner, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 33) |
| | ) | |
|   v. | ) ) | ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| SCRIBNER, Warden, | ) ) | (Doc. 32) |
| | ) ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
|       Respondent. | ) ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 14, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed as moot due to the death of Petitioner. (Doc. 33). The Findings and Recommendations were served on all remaining parties and contained notice that any objections were to be filed within ten days from the date of service of that order. To date, no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 14, 2008 (Doc. 33), are ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 32), is GRANTED;
3. The Petition for Writ of Habeas Corpus (Doc. 1), is DISMISSED as MOOT; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 13, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE